**United States District Court**
**District of Massachusetts**

Frank Kumah;                              )
                                          )
          Petitioner,                     )
                                          )
          v.                              )        Civil Action No.
                                          )        18-11204-NMG
Antone Moniz, Superintendent,             )
                                          )
          Respondent.                     )

ORDER

**GORTON, J.**

Petitioner is to file a memorandum of law, if any, responding to Docket No. 19 on or before the close of business July 3, 2018.  Such response should address whether respondent complied with 8 C.F.R. §§ 241.4(L)(1) and 241.13(i)(3), which require that an alien be afforded "an initial informal interview . . . to afford the alien an opportunity to respond to the reasons for revocation stated in the notification."

A hearing on the matter shall be held on Friday, July 6, 2018, at 11:00 A.M. in Courtroom #4, Moakley Courthouse.  The attendance of petitioner and Mr. Alan Greenbaum is required.

Should that date prove impracticable, the Court shall hold a hearing on Monday, July 9, 2018, at 11:00 A.M.

**So ordered.**

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated June 29, 2018

-1-