UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 18-11204-NMG

FRANK KUMAH

v.

ANTONE MONIZ

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Petitioner's Petition for Writ of Habeas Corpus (2241) on 8/7/2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

October 1, 2018

To: All Counsel